NO.
12-07-00399-CR

 

IN THE COURT OF APPEALS 

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

RICHARD HENDERSON,  §                      APPEAL FROM THE 114TH

APPELLANT

 

V.        §                      JUDICIAL DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE   §                      SMITH
COUNTY, TEXAS

                                                                                                                                                           


MEMORANDUM OPINION

PER CURIAM

            Appellant
pleaded guilty to the offense of manufacturing/delivery of a controlled
substance, a second degree felony enhanced to a first degree felony.  The trial court assessed punishment at
imprisonment for forty-five years.  We
have received the trial court’s certification showing that Appellant waived his
right to appeal.  See Tex. R. App. P. 25.2(d).  Accordingly, the appeal is dismissed
for want of jurisdiction.

Opinion delivered October 31,
2007.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

 

 

 

 

(DO NOT PUBLISH)